UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DA'JUAN BIRDEN,<br><br>            Plaintiff,<br><br>      v.<br><br>F. MUNOZ,<br><br>            Defendant. | Case No.  1:25-cv-00937 JLT BAM<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, DISMISSING ACTION, AND DIRECTING CLERK OF COURT TO CLOSE THIS CASE<br><br>(Doc. 13) |

Da'Juan Birden is a former state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action under 42 U.S.C. § 1983.

On October 8, 2025, the magistrate judge issued Findings and Recommendations that recommended dismissal of this action as an appropriate sanction for failure to obey a court order and for plaintiff's failure to prosecute this action.  (Doc. 13.)  The Court served the Findings and Recommendations on plaintiff and notified him that any objections were due within fourteen (14) days.  (*Id.* at 3.)  The Court also informed plaintiff that "failure to file objections within the specified time may result in the waiver of the 'right to challenge the magistrate's factual findings' on appeal." (*Id.* at 4, quoting W*ilkerson v. Wheeler*, 772 F.3d 834, 839 (9th Cir. 2014).)  Plaintiff failed to file objections, and the time in which to do has expired.

According to 28 U.S.C. § 636 (b)(1)(c), this Court has conducted a *de novo* review of the case.  Having carefully reviewed the entire file, including Plaintiff's objections, the Court finds

1

that the Findings and Recommendations are supported by the record and proper analysis. Thus, the Court **ORDERS**:

1. The Findings and Recommendations issued on October 8, 2025 (Doc. 13) are **ADOPTED**.
2. This action is **DISMISSED**.
3. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated: __**November 7, 2025**__                    /s/ Jennifer L. Thurston
                                                              UNITED STATES DISTRICT JUDGE

2